UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

       Plaintiff,

                                          Case No. 16-12048-BAF-RSW

v                                             Honorable Bernard A. Friedman

PEAKS PROPERTIES, LLC,
a Michigan limited Liability Company,

       Defendant.

---

**STIPULATED ORDER AMENDING COMPLAINT**

The parties to this action, by their counsel as undersigned below, having stipulated to the entry of the order set forth below, and the Court being otherwise duly advised in the premises:

NOW THEREFORE IT IS ORDERED that Motor City Peaks, LLC, a Michigan limited liability company, having waived service of process, shall be substituted as the defendant in this case for defendant Peaks Properties, LLC, who shall be dismissed without prejudice and all references in the complaint to Peaks Properties, LLC shall be construed to refer to Motor City Peaks, LLC instead.

                                                     s/ Bernard A. Friedman
                                                     U.S. District Court Judge

Date Entered:_____July 12, 2016

I stipulate to the entry of the order set forth above:

| | |
|---|---|
| LAW OFFICES OF OWEN DUNN, JR. | MADDIN HAUSER ROTH & HELLER, PC |
| By: */s/ Owen B. Dunn, Jr. (P66315)*<br>Owen B. Dunn, Jr. (P66315)<br>The Ottawa Hills Shopping Center<br>4334 West Central Avenue, Suite 222<br>Toledo, OH 43615<br>(419) 241-9661<br>dunnlawoffice@sbcglobal.net<br>*Attorney for Plaintiff*<br>**Signed with permission* | By: */s/ Steve M. Wolock (P38497)*<br>Steven M. Wolock (P38497)<br>28400 Northwestern Highway<br>Second Floor – Essex Centre<br>Southfield, MI 48034<br>(248) 354-4030<br>swolock@maddinhauser.com<br>*Attorneys for Defendant Peaks Properties, LLC and Motor City Peaks, LLC* |