UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

LELAND FOSTER,

      Plaintiff

v

                                          Case No. 16-12048
                                          Honorable Bernard A. Friedman

MOTOR CITY PEAKS, LLC,
a Michigan Limited Liability Company,

      Defendant.

___

**STIPULATED ORDER OF DISMISSAL**

      Plaintiff and defendant, by their counsel as undersigned below, having stipulated to the entry of the order set forth below and the Court otherwise being duly advised in the premises:

      NOW THEREFORE IT IS SO ORDERED that the complaint and any and all claims that could have been brought are dismissed with prejudice and without costs or attorney fees.  This Court, however, retains jurisdiction for purposes of enforcement of the parties' settlement agreement.

                                                        s/ Bernard A. Friedman
                                                        U.S. District Court Judge

Date Entered:       October 4, 2016

I stipulate to the entry of the order set forth above:

| | |
|---|---|
| LAW OFFICES OF OWEN DUNN, JR. | MADDIN HAUSER ROTH & HELLER, PC |
| By: */s/  Owen B. Dunn, Jr. (P66315)* <br> Owen B. Dunn, Jr. (P66315) <br> The Ottawa Hills Shopping Center <br> 4334 West Central Avenue, Suite 222 <br> Toledo, OH 43615 <br> (419) 241-9661 <br> dunnlawoffice@sbcglobal.net <br> *Attorney for Plaintiff* | By: */s/  Steve M. Wolock (P38497)* <br> Steven M. Wolock (P38497) <br> 28400 Northwestern Highway <br> Second Floor – Essex Centre <br> Southfield, MI  48034 <br> (248) 354-4030 <br> swolock@maddinhauser.com <br> *Attorneys for Defendant* |

By: */s/  Valerie J. Fatica (0083812)\**
The Ottawa Hills Shopping Center
4334 West Central Avenue, Suite 222
Toledo, OH 43615
(419) 241-9661
valierefatica@gmail.com
*\*admitted to E. District of Mi*
*Attorney for Plaintiff*